**AETNA LIFE INSURANCE COMPANY**
P.O. Box 189148
Plantation, FL, 33318-9148, USA

| | |
|---|---|
| Pay Group: | LIM-Sanofi-Aventis US (LTD/INS) |
| Earnings Begin Date: | 09/01/2008 |
| Earnings End Date: | 09/30/2008 |

| | |
|---|---|
| Claim No.: | 1188032 |
| Check #: | **1177110** |
| Check Date: | 09/19/2008 |

LISA L EVANCHO
1004 CIDER MILL DRIVE
GIBSONIA, PA 15044

| | |
|---|---|
| Employee ID: | 00304789 |
| EOB No.: | 2684760 |
| Days Paid: | 30 |

| TAX DATA: | Federal | NJ State |
|---|---|---|
| Marital Status: | Single | Single (use Table A) |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Gross Benefit FITW Only | | | 3,200.00 | | 19,200.00 |
| **Total:** | | | **3,200.00** | | **19,200.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| **Total:** | **0.00** | **0.00** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,200.00 | 3,200.00 | 0.00 | 0.00 | 3,200.00 |
| YTD: | 19,200.00 | 19,200.00 | 0.00 | 0.00 | 19,200.00 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

### NET PAY DISTRIBUTION

| | |
|---|---|
| Check #1177110 | 3,200.00 |
| **Total:** | **3,200.00** |

PERSONAL MESSAGE:

GR-63564 (12-06)

**AETNA LIFE INSURANCE COMPANY**
P.O. Box 189148
Plantation, FL, 33318-9148, USA

| | |
|---|---|
| Pay Group: | LIM-Sanofi-Aventis US (LTD/INS) |
| Earnings Begin Date: | 08/01/2008 |
| Earnings End Date: | 08/31/2008 |

| | |
|---|---|
| Claim No.: | 1188032 |
| Check #: | 1160607 |
| Check Date: | 08/21/2008 |

LISA L EVANCHO
1004 CIDER MILL DRIVE
GIBSONIA, PA  15044

Employee ID: 00304789
EOB No.: 2684759
Days Paid: 30

| TAX DATA: | Federal | NJ State |
|---|---|---|
| Marital Status: | Single | Single (use Table A) |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Gross Benefit FITW Only | | | 3,200.00 | | 16,000.00 |
| Total: | | | 3,200.00 | | 16,000.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Total: | 0.00 | 0.00 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,200.00 | 3,200.00 | 0.00 | 0.00 | 3,200.00 |
| YTD: | 16,000.00 | 16,000.00 | 0.00 | 0.00 | 16,000.00 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

### NET PAY DISTRIBUTION

| | |
|---|---|
| Check #1160607 | 3,200.00 |
| Total: | 3,200.00 |

PERSONAL MESSAGE:
GR-63554 (12-06)



MEMBER FDIC

```
MICHAEL J EVANCHO
LISA L EVANCHO                                         06-0
1004 CIDER MILL DR                                        1
GIBSONIA PA   15044-9284                                  4
```

==============================================================================
FIRST NATIONAL BANK              TELEPHONE:800-555-5455
4140 E STATE ST
HERMITAGE, PA 16148
==============================================================================
   For information about additional steps you can take to help protect your
   sensitive account information, please visit FNB-online.com and select the
   Security & Privacy link located in the lower left corner of the web page.
==============================================================================
                        FREE CHECKING ACCOUNT 10017375
==============================================================================

```
                              LAST STATEMENT 08/06/08         1,603.62
                                    5 CREDITS                 5,448.69
                                  150 DEBITS                  6,056.81
                              THIS STATEMENT 09/05/08           995.50
```

```
              - - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
          08/25    3,200.00
```

```
              - - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                               DATE        AMOUNT
COMM OF PA UCD UCBENEFITS 5013101                         08/13      1,094.00
968072 INTERNET XFER FR FREE CHECKING 701386443 ON 8/20/08 08/20        50.00
   AT 17:18
COMM OF PA UCD UCBENEFITS 5347916                         08/27      1,094.00
25824 POS RETURN 09/03 TUESDAY MORNING #7 GIBSONIA PAUS   09/05         10.69
   TUESDAY MOR
```

```
              - - - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT
  2401 08/29       160.00      2575*08/11       18.48
  2402*09/05        69.84      2577 08/27       25.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                        * * *  C O N T I N U E D  * * *