IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| Michael J. Evancho | ) | **Case No.** 08-26582-MBM |
| Lisa L. Evancho | ) | |
| | ) | **Chapter 7** |
| **Debtor(s).** | ) | |

## ORDER

Whereas, The Court has adopted the Interim Bankruptcy Rules Approved by the Advisory Committee on Bankruptcy Rules and the Committee on Rules of Practice and Procedure of the Judicial Conference of the United States in August 2005 pursuant to General Order 2005-4; and

Whereas, Interim Bankruptcy Rule 1007(c) requires an individual debtor to file a statement regarding completion of a course in personal financial management within 45 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code in a Chapter 7 case; and

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the debtor completes an instructional course concerning personal financial management after filing the petition; and

Whereas, the debtor(s) failed to file a certification substantially conforming to Official Form No. 23, Certification of Completion of Instructional Course Concerning Personal Financial Management, that reflected timely attendance at a course in personal financial management.

It is hereby ordered, this case is closed without entry of a discharge order. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: January 7, 2009     By:     M. Bruce McCullough
                                        Bankruptcy Judge

#63b-D