**Form 129**

**UNITED STATES BANKRUPTCY COURT**  14
**WESTERN DISTRICT OF PENNSYLVANIA**  cric

In re:  Bankruptcy Case No.: 08−26582−MBM

Chapter: 7

**Michael J. Evancho**  Lisa L. Evancho
   Debtor(s)

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Jeffrey J. Sikirica is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; the chapter 7 case of the above named debtor is closed.

Dated: 1/7/09  M. Bruce McCullough
                                                              Judge